UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA PALMER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 05-2023 |
| AMERIBANQ MORTGAGE GROUP, LLC, | : | |
| ET AL. | : | |

## **ORDER**

AND NOW, this 5th day of May, 2009, upon consideration of the Motion *In Limine* of Countrywide Home Loans, Inc. and Bank of New York to Preclude New, Unpled and Untimely Claims Raised by Plaintiff and to Exclude Expert Report and Trial Testimony of William Hart, (Doc. No. 59), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED in part and DENIED in part as follows:

1. The Motion is DENIED as to Defendants' request to preclude new, unpled and untimely claims; and

2. The Motion is GRANTED as to Defendants' request to preclude the expert report and trial testimony of William Hart.

IT IS SO ORDERED.

BY THE COURT:


/s/ *R. Barclay Surrick*
U.S. District Judge