IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA PALMER : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 05-2023 |
| AMERIBANQ MORTGAGE GROUP, LLC, : | |
| ET AL. : | |

# **O R D E R**

**AND NOW**, this  6th  day of  October , 2010, after a bench trial in open court,[1] it is **ORDERED** as follows:

1. Judgment on Count One is entered in favor of Plaintiff and against Defendant Ameribanq Mortgage Group, LLC, in the amount of $200.00. Judgment on Count One is entered in favor of Defendants Countrywide Home Loans, Inc. and Bank of New York and against Plaintiff.

2. Judgment on Count Two is entered in favor of Plaintiff and against Defendants Ameribanq Mortgage Group, LLC, Countrywide Home Loans, Inc., and Bank of New York. Plaintiff shall have 60 days from the date of this Order to proffer $205,472.43 to Bank of New York.[2] If Plaintiff does not proffer $205,472.43 to Bank of New York, the transaction will not be rescinded.

3. Judgment on Count Three is entered in favor Defendants Ameribanq Mortgage Group, LLC, Countrywide Home Loans, Inc., and Bank of New York and against

---

[1] A memorandum setting forth our findings of fact and conclusions of law made in accordance with Federal Rule of Civil Procedure 52 accompanies this Order.

[2] Plaintiff may request reasonable extensions from the court. Any such request must set forth, in writing, the Plaintiff's reasons for requesting the extension.

        Plaintiff.

4.       Judgment on Count Four is entered in favor Defendants Ameribanq Mortgage Group, LLC, Countrywide Home Loans, Inc., and Bank of New York and against Plaintiff.

**IT IS SO ORDERED.**

                                                **BY THE COURT:**

                                                _____
                                                **R. BARCLAY SURRICK, J.**